Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Yvonne N Lewellyn*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE N LEWELLYN,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., ROYAL MANAGEMENT CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC., | Case No.: 2:15-cv-02361-GMN-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A.** |

# STATUS REPORT

The dispute between Plaintiff Yvonne N Lewellyn ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged copies of an approved settlement agreement and are waiting for executed copies of the final settlement agreement to be exchanged between the Parties. The Parties request that all pending dates and filing requirements as to Defendant continue to be vacated and that the Court set a deadline on or after May 20, 2016 for the Parties to file dismissal documents.

DATED this 21st day of April 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/ Matthew Knepper
Matthew Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*or Defendant*

**IT IS ORDERED** that the parties shall have until **May 20, 2016**, to file the stipulation to dismiss.

Dated: April 25, 2016

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 21, 2016, the foregoing Joint Status Report was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117